MANUFACTURERS TRUST COMPANY, as Trustee, Appellant, v. REID HOLDING CORPORATION. Respondent, Impleaded with Others.

Submitted February 26, 1940; decided March 5, 1940.

*Daniel F. Nugent* for motion.
*Bernard Diamond* opposed.

Motion denied with leave to renew on argument of appeal.